# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| and | § § | |
| DHIELYA D. ROGERS and LATASHA FELDER, | § § § | |
| Plaintiff-Intervenors | § § | |
| v. | § § | C.A. NO. 4:11-cv-02453 |
| DUNCAN BURCH, INC., d/b/a MICHAEL'S INTERNATIONAL and BURCH MANAGEMENT CO., INC. | § § § § § | |
| Defendants. | § | **JURY TRIAL** |

## AGREED MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff/Intervenors DHIELYA D. ROGERS and LATASHA FELDER, and Defendant DUNCAN BURCH, INC. d/b/a Michael's International and hereby move this Court to enter an Order to approve and enter the Consent Decree which is filed concurrently with this Motion and retain jurisdiction to assure compliance with the Consent Decree. In support of this Motion, the parties

1

would show as follows:

1. The Plaintiff and Plaintiff/Intervenors have agreed to resolve all claims against Defendants in this action. See Dkt. #15 (ADR Memorandum to Clerk of Court). Upon being advised of the settlement, the Court entered an Order of Dismissal as to all parties and claims. Dkt. #16. In accordance with the Settlement Agreement, the parties request that this Court approve and enter the Consent Decree attached hereto as Exhibit 1 and retain jurisdiction for the limited purposes of assuring compliance with that Decree.

2. The Consent Decree, if entered by the Court, will resolve to the satisfaction of the parties all the issues raised in the EEOC's Complaint, and dismisses all claims against all Defendants, save and except for the relief and duties set forth in and imposed by the Consent Decree against Defendant Duncan Burch, Inc. for which the Court will retain jurisdiction to enforce. The parties therefore request the Court to approve the Consent Decree.

WHEREFORE, Plaintiff EEOC, Plaintiff/Intervenors and Defendant Duncan Burch, Inc. respectfully request that the Court sign and enter the Consent Decree which is filed with this Motion.

Dated:	January 27, 2012				Respectfully submitted,

  /s/ Timothy M. Bowne					  /s/ Roger Albright
Timothy M. Bowne					Roger Albright
(Bar No. 00793371)					(Bar No. 009 745 80)
Southern Dist. Texas No. 20023				Law Offices of Roger Albright
Equal Employment Opportunity Comm.			3301 Elm Street
Houston District Office					Dallas, Texas  75226-2562
1201 Louisiana, 6th Floor				(214) 939-9222
Houston, Texas  77002					(214) 939-9229 (Telecopier)
(713) 651-4914						E-mail: ralaw@rogeralbright.com
(713) 651-7995 [facsimile]
timothy.bowne@eeoc.gov

COUNSEL FOR PLAINTIFF


							  /s/ Eric H. Nelson
							Eric H. Nelson
  /s/ Ernest K. Kwarteng				 (Bar No. 14891000)
Ernest K. Kwarteng					Federal ID No. 437
(Bar No. 24025484)					3303 Main Street, Suite 300
Southern Dist. Texas No. 26700				Houston, Texas  77002
5177 Richmond Avenue, Suite 1275			(713) 526-1998
Houston, Texas  77056					(713) 524-4421 (Telecopier)
(713) 623-4660						E-mail:  ehnelson@swbell.net

COUNSEL FOR PLAINTIFF-				OF COUNSEL
INTERVENORS
							COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Agreed Motion to Enter Consent Decree was filed on January 30, 2012, and through the Court's ECF system should be served on the following:

Roger Albright
Law Offices of Roger Albright
3301 Elm Street
Dallas, TX 75226-2562
ralaw@rogeralbright.com


Eric H. Nelson
3303 Main Street, Suite 300
Houston, TX 77002
ehnelson@swbell.net


Ernest K. Kwarteng
Law Offices of Ernest K. Kwarteng
5177 Richmond Ave., Suite 1275
Houston, TX 77056
ErnestKwarteng@aol.com


                                             ___/s/_____
                                             Timothy M. Bowne